ALBANY,
Feb. 1825.

The People
v.
Hallett.

amount for the purpose of costs, in an action upon a penal bill. He insisted that the nominal damages might be taken into the account, upon the question of costs. To show that nominal damages were allowable, he cited Caines' Practical Forms, 215, s. 10.

---

THE PEOPLE *against* HALLETT, Sheriff of HERKIMER.

The costs of an attachment for not returning an execution where the judgment in assumpsit is less than $250, must be taxed at the rate of common pleas costs.

In the original suit, (*Spencer et al.* v. *Sprague et al.*) the plaintiffs recovered judgment in assumpsit, and had execution for damages to $191 24, and costs to $28 96, upon which the defendant in this suit was attached for not returning the execution; and the only question was, whether there should be a re-taxation, the costs against the defendant having been taxed as Supreme Court costs.

*M. Hoffman,* for the defendant, moved for a retaxation, and cited *The People* v. *Chapman, Sheriff of Seneca,* (1 Cowen's Rep. 214.)

*W. Esleeck,* contra.

*Curia.* This case comes within the principle of *The People* v. *Chapman*, cited for the motion. Though in form a suit by the people, it is really in favor of the party ; and Common Pleas costs only are allowable. The rule is the same, whether the attachment be for neglect to return mesne, or final process.